UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

             Plaintiff,                              Case No. 22-cr-20269

v.                                            HON. MARK A. GOLDSMITH

ANTONIO PATTERSON,

             Defendant.

_____/

**ORDER SETTING ORAL ARGUMENT ON
DEFENDANT'S MOTION TO SUPPRESS (Dkt. 23)**

      The Court will hold oral argument on Defendant Antonio Patterson's motion to suppress (Dkt.

23) on Thursday, May 18 at 11:30 a.m.  The parties are required to appear at the United States

District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

Please report to Room 815.

      SO ORDERED.

Dated: May 4, 2023                    s/Mark A. Goldsmith
     Detroit, Michigan               MARK A. GOLDSMITH
                                United States District Judge